Phillip E. Norwood # 15116279
Shelby County Criminal Justice Center
201 Poplar Avenue
Memphis, TN 38103
December 20, 2015

Court of Criminal Appeals of Texas
Abel Acosta, Clerk
P.O. Box 12308
Capitol Station,
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

RE: State vs Norwood COA No. 09-14-00663-CR
Tr. Ct No. 10-01-00746CR    PD-1266-15

Dear Clerk:

In that I may properly execute my right to properly present to this Court an Addendum to his (my) Petition for Discretionary Review, please expedite to me a copy of the Appeal Brief that was filed by the State. I never received a copy of the State's Appeal Brief.

Please file a copy of this letter in the record to show the Court that I am making good faith effort to obtain a copy of the State's Appeal Brief.

Phillip Norwood #15116279